THE HONORABLE JAMES L. ROBARTS

RACHEAL M. LUCAS,

    Plaintiff,

vs.

HAIR CLUB FOR MEN, LLC,

    Defendant(s).

Case No. 2:19-CV-01121-JLR

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the parties' Stipulated Motion to Dismiss with Prejudice, for termination and dismissal of the above entitled matter. Having considered the submissions of the parties, it is hereby ORDERED that all dates and schedules previously set are stricken and that the above entitled matter is terminated in its entirety and dismissed with prejudice and without costs or fees awarded to either party.

IT IS SO ORDERED this 7th day of February, 2020.

_____
The Honorable James L. Robarts

Presented by:

By: /s/ Andrew J. Backlund
ANDREW J. BACKLUND, WSBA #45775
Email: andy@backlundlawfirm.com
1833 N. 105th Street, Suite 101
Seattle, Washington 98133-8973
Telephone: (206) 745-2839
*Attorney for Plaintiff*

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE (Case No: 2:19-CV-01121-JLR)

PAGE - 1

BACKLUND LAW FIRM, PLLC
1833 N. 105TH ST., SUITE 101
SEATTLE, WA 98133
PHONE: 206-745-2839

By: */s/ Michael A. Griffin*
MICHAEL A. GRIFFIN, WSBA #29103
Email: Michael.Griffin@Jacksonlewis.com
Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone: (206) 626-6416 Direct
(206) 405-0404 Main
*Attorneys for Defendant*

[PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE (Case No: 2:19-CV-01121-JLR)

PAGE - 2

BACKLUND LAW FIRM, PLLC
1833 N. 105TH ST., SUITE 101
SEATTLE, WA 98133
PHONE: 206-745-2839